# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LISA R. RESPRESS, | : |
| Plaintiff, | : |
| vs. | :    CA 07-0824-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered in this Court the sum of $7,181.50 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee awards paid in this case totaling $4,781.67.

**DONE** this the 24th day of September, 2009.

                          s/WILLIAM E. CASSADY
                          **UNITED STATES MAGISTRATE JUDGE**